KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Willliams, ) | No. CV 1-08-1187-DGC |
| Plaintiff, ) | |
| vs. ) | **ORDER DIRECTING PAYMENT** |
| ) | **OF INMATE FILING FEE** |
| W.J. Sullivan, et al., ) | |
| Defendants. ) | |

**To: The Director of the California Department of Corrections, 1515 S. Street, Sacramento, California 95814:**

Plaintiff Steven Willliams, inmate #P-07169, who is confined in the California Correctional Institution in Tehachapi, California, must pay the statutory filing fee of $350.00. Plaintiff is not assessed an initial partial filing fee. Plaintiff must pay the filing fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Director of the California Department of Corrections or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Director of the California Department of Corrections or his designee must collect the $350.00 filing fee from Plaintiff's trust account in monthly payments of 20% of the preceding month's income the account. Payments must be forwarded to the Clerk of

1 Court each time the amount in the account exceeds $10.00.  The payments must be clearly
2 identified by the name and number assigned to this action.
3      (2)    The Clerk of Court is directed to serve a copy of this order and a copy of
4 Plaintiff's *in forma pauperis* affidavit on the Director of the California Department of
5 Corrections and Rehabilitation, 1515 S. Street, Sacramento, California 95814.
6      (3)    The Clerk of Court is directed to serve a copy of this Order on the Financial
7 Department, U.S. District Court, Eastern District of California, Fresno Division.
8 DATED this 19th day of February, 2009.

*David G. Campbell*
United States District Judge